IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
FEB 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Tianna Miles,
Plaintiff

-vs-

Equifax information services LLC
Defendant(s)

CASE NO. 1:22 CV 283

JUDGE Ruiz

MAG. JUDGE BAUGHMAN

COMPLAINT

Plaintiff - Tianna Miles
Pro Se
925 Shadowlawn Ave
Willoughby OH 44094

Defendant - Equifax information services LLC
PO BOX 105069, Atlanta GA 30348-5069

The basis of the courts jurisdiction are violations of consumer rights under the FCRA including but not limited to 15 USC 1681 (accuracy and fairness of credit reporting.)

From September 2021 - Dec 2021 I have sent multiple letters to equifax to express my concern of my rights being violated under the FCRA. I have also simultaneously filed complaints w/ the CFPB. Equifax has violated my consumer rights to privacy (15 USC 1681(a)(4)) They have failed to comply with the requirements imposed under 15 US code 1681 regarding the accuracy and fairness of my credit report. I have sent letters advising to remove items that are damaging my reputation and character. I have also called to update inaccurate information. They failed to fully comply with my correspondance; in which they were never given my written instruction to report nor furnish this information to begin with, which is a requirement

Under the circumstances listed they did not comply with 15 U.S. Code 1681 b. Instead they started an investigation process and deemed the information being furnished had been verified and accurate. If this information were true then they would be able to provide proof and documents with my wet ink signature. Furthermore pursuant to 15 USC 1681a(e) none of the information they assumed to be accurate can not be factual because the information would have to have been obtained through personal interviews w/ neighbors, friends or associates of mine. Equifax has committed fraud and identity theft. Throughout this process of me sending them letters that were notarized confirming my identity they still sent multiple letters asking for validation credentials which I did send the first time. I am seeking $17,000 in actual damages for each violation on my report and $483,000 in punitive damages.

Tianna Miles
925 Shadowrow Ave
Willoughby OH, 44094