# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIANNA MILES, *pro se,* | CASE NO. 1:22-CV-00283 |
| Plaintiffs, | JUDGE DAVID A. RUIZ |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | JUDGMENT ENTRY |
| Defendant. | |

For the reasons stated in the Order issued this date, this action is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s *David A. Ruiz*
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE

Date: August 22, 2023